Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone:  (702) 420-7000
Facsimile:  (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAE ANN ODELL, <br><br> Plaintiff, <br><br> v. <br><br> ALPHAEON CREDIT INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendants. | Case No. 2:22-cv-00037-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO COMPLAINT** <br><br> **FIRST REQUEST** |

Pursuant to the Local Civil Rule IA 6-2, Plaintiff Rae Ann Odell ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective attorneys of record, hereby stipulate that Experian shall have an additional 14 days, up to and including **February 14, 2022**, to answer or otherwise respond to Plaintiff's Complaint.  Experian requires additional time to investigate Plaintiff's allegations and discuss the possibility of early settlement with

Plaintiff. This is the first request for an extension of time sought by Experian in this action. The requested extension is sought in good faith and not for the purposes of delay or any other improper reason and will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, Plaintiff and Experian hereby stipulate and agree to, and respectfully request, an order extending the time for Experian to answer, object, or otherwise respond to Plaintiff's Complaint, up through and including **February 14, 2022**.

Dated: January 28, 2022                NAYLOR & BRASTER LAW

                                       By: */s/Benjamin B. Gordon*
                                           Jennifer Braster
                                           Benjamin B. Gordon
                                       Attorney for Defendant
                                       EXPERIAN INFORMATION
                                       SOLUTIONS, INC.

Dated: January 28, 2022                KAZEROUNI LAW GROUP, APC

                                       By: */s/Gustavo Ponce*
                                           Gustavo Ponce
                                           Mona Amini
                                           Attorneys for Plaintiff
                                           RAE ANN ODELL

**ORDER**

IT IS SO ORDERED.

DATED: January 31, 2022.

_____
UNITED STATES MAGISTRATE JUDGE