GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RAE ANN ODELL,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHAEON CREDIT INC.;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANS UNION, LLC; EQUIFAX<br>INFORMATION SERVICES LLC,<br><br>Defendants. | **Case No. 2:22-cv-00037-APG-BNW**<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 2, 2022 through and including **March 4, 2022**.  The request was made by Equifax so that it can have an opportunity

. . .

. . .

. . .

to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 1st day of February, 2022.

CLARK HILL PLLC

By: /s/Gia N. Marina
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400

*Attorney for Defendant Equifax Information Services LLC*

**_No opposition_**

/s/Gustavo Ponce
Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808
Fax: (800) 520-5523
Email: gustavo@kazlg.com
Email: mona@kazlg.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  February 2, 2022
          _____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 1st day of February, 2022, via CM/ECF, upon all counsel of record:

By: /s/Gia N. Marina
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400