Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
*Rae Ann Odell*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **RAE ANN ODELL,**<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>**COMENITY LLC d/b/a COMENITY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, INC.,**<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-00037-APG-BNW<br><br>**NOTICE OF PLAINTIFF'S REQUEST TO CONTINUE DEADLINE TO DISMISS ACTION BETWEEN PLAINTIFF AND TRANS UNION LLC** |

///

///

///

The dispute between Plaintiff Rae Ann Odell ("Plaintiff") and Defendant Trans Union LLC ("Defendant") has been resolved but the Parties are still in the middle of finalizing the specific terms of a written agreement. Plaintiff requests, with approval of the Court, to extend the deadline to file a dismissal of Trans Union to **June 10, 2022**.

DATED this 11th day of April 2022.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 19, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 11, 2022, the foregoing Notice was filed and served via CMF/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*