UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAE ANN ODELL,<br><br>　　　Plaintiff<br><br>v.<br><br>COMENITY LLC, et al.,<br><br>　　　Defendants | Case No.: 2:22-cv-00037-APG-BNW<br><br>**Order** |

On August 11, 2022, plaintiff Rae Ann Odell and defendant Comenity LLC advised the court that they had settled the dispute between them, and they advised they would file a stipulation of dismissal by October 11, 2022. ECF No. 37.  No stipulation has been filed.

I THEREFORE ORDER that by November 18, 2022, plaintiff Rae Ann Odell and defendant Comenity LLC shall file a stipulation of dismissal or a joint status report.

DATED this 28th day of October, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE