LIPSON NEILSON P.C.
MEGAN H. THONGKHAM, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
mthongkham@lipsonneilson.com

SIMMONDS & NARITA, LLP
TOMIO B. NARITA, ESQ.
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
(415) 283-1010
tnarita@snllp.com

*Attorneys for Defendant*
*Comenity LLC dba Comenity Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAE ANN ODELL, <br><br> Plaintiff, <br><br> vs. <br><br> COMENITY LLC d/b/a COMENITY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:22-cv-00037-APG-BNW <br><br> **DEFENDANT COMENITY LLC d/b/a COMENITY BANK'S AMENDED DESIGNATION OF RESIDENT COUNSEL** |

///
///
///
///
///
///
///
///

- 1 -

**DEFENDANT COMENITY LLC d/b/a COMENITY BANK'S AMENDED DESIGNATION OF RESIDENT COUNSEL**

WHEREAS attorney Tomio B. Narita, Esq. of the law firm of Simmonds & Narita LLP, was admitted pro hac vice pursuant to SCR 42 and the Local Rules, by this Court's order dated May 26, 2022, ECF No. 32, on behalf of Defendant Comenity LLC d/b/a Comenity Bank ("Comenity Bank"), with Jessica A. Green, Esq. of Lipson Neilson P.C. designated as resident attorney;

WHEREAS, Jessica A. Green is no longer associated with Lipson Neilson P.C.;

Comenity Bank hereby requests that attorney Megan H. Thongkham, Esq. of Lipson Neilson P.C. be the designated resident counsel of record;

Comenity Bank further requests that Jessica A. Green, Esq.'s name be removed from the CM/ECF and the docket, and all future pleadings be served upon the undersigned counsel.

DATED this 18th day of November, 2022.

LIPSON NEILSON P.C.

By: */s/ Megan H. Thongkham*
MEGAN H. THONGKHAM, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500

SIMMONDS & NARITA, LLP
TOMIO B. NARITA, ESQ.
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
(415) 283-1010

*Attorneys for Defendant*
*Comenity LLC dba Comenity Bank*

**ORDER**
**IT IS SO ORDERED**
**DATED:** 4:23 pm, November 21, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of November, 2022, service of the foregoing **DEFENDANT COMENITY LLC d/b/a COMENITY BANK'S AMENDED DESIGNATION OF RESIDENT COUNSEL** was made upon each party in the case who is registered as an electronic case filing user with the Clerk, pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

| | |
|---|---|
| Gustavo Ponce, Esq.<br>Mona Amini, Esq.<br>KAZEROUNI LAW GROUP, APC<br>6069 South Fort Apache Rd., Suite 100<br>Las Vegas, NV 89148<br>gustavo@kazlg.com<br>mona@kazlg.com<br><br>*Attorneys for Plaintiff* | Gia N. Marina, Esq.<br>CLARK HILL PLLC<br>3800 Howard Hughes Dr., Suite 500<br>Las Vegas, NV 89169<br>gmarina@clarkhill.com<br><br>*Attorneys for Defendant*<br>*Equifax Information Services LLC* |

*/s/ Kim Glad*

An employee of LIPSON NEILSON P.C.

- 3 -