# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAE ANN ODELL,<br><br>    Plaintiff<br><br>v.<br><br>COMENITY LLC, et al.,<br><br>    Defendants | Case No.: 2:22-cv-00037-APG-BNW<br><br>**Order** |

On August 11, 2022, plaintiff Rae Ann Odell and defendant Comenity LLC advised the court that they had settled the dispute between them, and they advised they would file a stipulation of dismissal by October 11, 2022. ECF No. 37. No stipulation was filed, so I ordered the parties to file a stipulation of dismissal or status report by November 18, 2022. ECF No. 38. The parties did so and stated they would file dismissal documents by December 19, 2022. Nothing has been filed.

I THEREFORE ORDER that by January 13, 2023, plaintiff Rae Ann Odell and defendant Comenity LLC shall file a stipulation of dismissal or a joint status report.

DATED this 4th day of January, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE