Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
*Rae Ann Odell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **RAE ANN ODELL,**<br><br>                    Plaintiff,<br><br>     vs.<br><br>**COMENITY LLC d/b/a COMENITY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, INC.,**<br><br>                    Defendants. | Case No.: 2:22-cv-00037-APG-BNW<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT COMENITY LLC** |

///

///

///

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rae Ann Odell ("Plaintiff") and Defendant Comenity LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 5th day of January 2023.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
Mona Amini, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**LIPSON NEILSON P.C.**

By: /s/ Megan Thongkahm
Megan Thongkham, Esq.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV  89144
*Attorneys for Defendant Comenity LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 6, 2023