1  Gustavo Ponce, Esq.
   Nevada Bar No. 15084
2  Mona Amini, Esq.
   Nevada Bar No. 15381
3  **KAZEROUNI LAW GROUP, APC**
   6069 South Fort Apache Road, Suite 100
4  Las Vegas, Nevada 89148
   Telephone: (800) 400-6808
5  Facsimile:  (800) 520-5523
   E-mail: gustavo@kazlg.com
6  E-mail: mona@kazlg.com

7  *Attorneys for Plaintiff,*
   *Rae Ann Odell*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **RAE ANN ODELL,**<br><br>Plaintiff,<br><br>vs.<br><br>**COMENITY LLC d/b/a COMENITY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, INC.,**<br><br>Defendants. | Case No.: 2:22-cv-00037-APG-BNW<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, INC.** |

///

///

///

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rae Ann Odell ("Plaintiff") and Defendant Equifax Information Services Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 5th day of January 2023.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
Mona Amini, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**CLARK HILL PLLC**

By: /s/ Gia Marina
Gia N. Marina, Esq.
3800 Howard Hughes Drive, Suite 500
Las Vegas, NV 89169
*Attorneys for Defendant*
*Equifax Information Services Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 6, 2023

- 2 -
STIPULATION OF DISMISSAL